# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JENNIFER GUERRERO (FERNANDEZ),** individually and on behalf of all others similarly situated,<br><br>　　　　　　**Plaintiff,**<br><br>　　　　　　-v-<br><br>**GLOBAL CREDIT & COLLECTION CORP.,**<br><br>　　　　　　**Defendant.** | Civil Case Number: **3:18-cv-07725-PGS-ZNQ** |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 11, 2020 Stipulation of Dismissal, all claims asserted against Defendant **GLOBAL CREDIT & COLLECTION CORP.** in Civil Action No. **3:18-cv-07725-PGS-ZNQ**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 14th day of May 2020.

　　　　　　　　　　　　　　　　　　　　　s/*Peter G. Sheridan*
　　　　　　　　　　　　　　　　　　　　　**PETER G. SHERIDAN, U.S.D.J.**